IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARDEN VAN UPP, | No. C 11-0178 SI |
| Appellant, | Bankruptcy Case No. 09-31932 |
| v. | **SCHEDULING ORDER** |
| WENDEL, ROSEN, BLACK & DEAN, LLP and DAVID A. BRADLOW, TRUSTEE, | |
| Appellees. | |

Appellees' brief was filed on July 20, 2011. Accordingly, Appellant's reply, if any, must be filed no later than August 3, 2011.

**IT IS SO ORDERED.**

Dated: July 21, 2011

SUSAN ILLSTON
United States District Judge