IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ARDEN VAN UPP,<br><br>    Debtor,<br>_____ / | No. C 11-00178 SI<br><br>**ORDER RE: DECISIONS OF BANKRUPTCY COURT** |
| ARDEN VAN UPP,<br><br>    Appellant,<br><br>v.<br><br>WENDEL, ROSEN, BLACK & DEAN, LLP,<br>and DAVID A. BRADLOW, TRUSTEE,<br><br>    Appellees.<br>_____ / | |

    The order of the Bankruptcy Court concerning fees to trustee's counsel is affirmed and the order of the Bankruptcy Court concerning fees to trustee is affirmed in part and reversed in part. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: August 22, 2011

                                                                                       *Susan Illston*
SUSAN ILLSTON
United States District Judge