IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ARDEN VAN UPP,<br><br>    Debtor,<br>_____ /<br>ARDEN VAN UPP,<br><br>    Appellant,<br><br>v.<br><br>WENDEL, ROSEN, BLACK & DEAN, LLP,<br>and DAVID A. BRADLOW, TRUSTEE,<br><br>    Appellees.<br>_____ / | No. C 11-00178 SI<br><br>**AMENDED JUDGMENT** |

The orders of the Bankruptcy Court concerning fees to trustee's counsel and to trustee are affirmed. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: August 30, 2011

                                                SUSAN ILLSTON<br>                                                United States District Judge